IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>vs. )<br>)<br>RHONDA DELSIA CALHOUN, )<br>Defendant. )<br>and )<br>)<br>EASTERN BAND OF CHEROKEE INDIANS, )<br>Garnishee. ) | CASE NO. 2:99CR55<br>(Financial Litigation Unit) |

**DISMISSAL OF WRIT OF GARNISHMENT**

**THIS MATTER** is before the Court on motion of the United States to dismiss the writ of garnishment issued herein.

For the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the motion to dismiss is **ALLOWED**, and the Writ of Garnishment filed in this case against the defendant Rhonda Delsia Calhoun is hereby **DISMISSED.**

Signed: February 27, 2007

Lacy H. Thornburg
United States District Judge